UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDETTE WASHINGTON, ET AL. | CIVIL ACTION |
| VERSUS | |
| EAGLE INC., ET AL. | NO. 23-01381-BAJ-SDJ |

## ORDER

This is a wrongful death action. Plaintiffs bring claims against numerous companies following the death of Plaintiffs' family member, Kurt Lawrence Skidmore, allegedly caused by exposure to asbestos while working in shipbuilding. Now before the Court is the **Report and Recommendation (Doc. 5, the "Report")**, issued by the Magistrate Judge. The Report addresses Plaintiffs' **Motion to Remand (Doc. 30)** and **Supplement to Motion to Remand (Doc. 71)** and recommends that these Motions be denied because removal from the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana, was proper under 28 U.S.C. § 1442(a)(1), federal officer jurisdiction. In brief, because Skidmore worked for certain Defendants in the construction of military vessels for the United States government during the time of his alleged exposure to asbestos, the Court is endowed with jurisdiction. Plaintiffs' deadline to object to the Report has passed, without any objection from Plaintiffs.

Having carefully considered the Notice of Removal (Doc. 1), Plaintiffs' filings in supported of remand, and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Remand (Doc. 30)** and **Supplement to Motion to Remand (Doc. 71)** be and are hereby **DENIED**.

Baton Rouge, Louisiana, this 12th day of September, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**