## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLAUDETTE WASHINGTON, ET AL** | * | **CIVIL ACTION NO.: 3:23-cv-01381** |
| | * | |
| **VS.** | * | |
| | * | **JUDGE: BRIAN A. JACKSON** |
| **EAGLE, INC., ET AL** | * | |
| | * | **MAGISTRATE JUDGE:** |
| | * | **SCOTT D. JOHNSON** |

## MOTION TO APPROVE CONSENT JUDGMENT ON <u>EXXONMOBIL OIL CORPORATION'S MOTION FOR SUMMARY JUDGMENT</u>

**NOW INTO COURT**, through undersigned counsel, comes ExxonMobil Oil Corporation (**"Exxon"**) and Plaintiffs, Claudette Skidmore and Courtney Williams, which respectfully request that the Court grant Exxon's Motion for Summary Judgment dismissing ExxonMobil Oil Corporation, with prejudice, as Plaintiffs consent to the Court granting this motion. The Motion for Summary Judgment filed on behalf of defendant, ExxonMobil Corporation on April 21, 2025 (Rec. Doc. 100) is unopposed by Plaintiffs. Each party will bear its own costs.

**[signatures on following pages]**

1

161952

Respectfully submitted,

| | |
|---|---|
| **BIENVENU, FOCO & VIATOR, LLC** | **GETTYS LAW GROUP, APLC** |

*s/ John Allain Viator*  
David M. Bienvenu, Jr., #20700  
John Allain Viator, #25915  
Melissa Jade Avant, #37867  
Samantha M. Kennedy, #39428  
Katherine E. Roberts, #40927  
4210 Bluebonnet Blvd.  
Baton Rouge, LA 70809  
Phone: (225) 388-5600  
Fax: (225) 388-5622  
asbestos@bblawla.com

and

**CHEHARDY SHERMAN WILLIAMS RECILE & HAYES, LLP**  
James M. Williams, #26141  
Daniel E. Buras, Jr., #26226  
Inemesit U. O' Boyle, #30007  
Patrick R. Follette, #34547  
Tiffany Delery Davis, #29830  
Jace C. Austin, Bar No. 41121  
One Galleria Boulevard, Suite 1100  
Metairie, LA 70001  
Phone: (504) 833-5600  
Fax: (504) 833-8080  
 CSW-Exxon@thetrialteam.com,  
 james@thetrialteam.com,  
 dan@thetrialteam.com,  
 Inem@thetrialteam.com

*Attorneys for ExxonMobil Oil Corporation*

*/s/ Lawrence G. Gettys*  
Lawrence G. Gettys, Bar Roll No. 23753  
9191 Siegen Lane, Building 7  
Baton Rouge, LA 70810  
Tele: (225) 484-6376  
Fax: (713) 650-1400  
Lgettys@robinscloud.com

AND

Scott Marshall (Visiting Attorney)  
TX Bar No. 24077207  
ROBINS CLOUD, LLP  
2000 West Loop South, 22nd Floor  
Houston, TX 77080  
Tele: (713) 650-1200  
Fax: (713) 650-1400  
smarshall@robinscloud.com

AND

Charles S. Long, Bar Roll No. 01189  
C. Spencer Long II, Bar Roll No. 38041  
LONG & LONG LAW FIRM  
316 Chetimatches Street  
Donaldsville, LA 70346  
Telephone: (225) 473-9215  
Facsimile: (225) 473-6724  
charleslong@longandlong.brcoxmail.com  
spencerlong@longandlong.brcoxmail.com

*Attorneys For Plaintiffs*

161952

## CERTIFICATE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, electronic transmission, or by facsimile transmission, this 6th day of August, 2025.

         *s/ John Allain Viator*
         John Allain Viator

161952

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLAUDETTE WASHINGTON, ET AL** | * | **CIVIL ACTION NO.: 3:23-cv-01381** |
| | * | |
| **VS.** | * | |
| | * | **JUDGE: BRIAN A. JACKSON** |
| **EAGLE, INC., ET AL** | * | |
| | * | **MAGISTRATE JUDGE:** |
| | * | **SCOTT D. JOHNSON** |

### CONSENT JUDGMENT ON EXXONMOBIL OIL CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Considering the Motions, Memoranda and evidence:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment filed on behalf of ExxonMobil Oil Corporation is hereby **GRANTED**, dismissing ExxonMobil Oil Corporation from this matter, with prejudice, with each party to bear its own costs.

The provisions of Rule 56 of the Federal Rules of Civil Procedure apply to this Judgment.

**JUDGMENT RENDERED**, **READ, and SIGNED** in Baton Rouge, Louisiana, this _____ day of _____, 2025.

_____
**HONORABLE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF LOUISIANA**

161952