UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLAUDETTE WASHINGTON, ET AL.                CIVIL ACTION

VERSUS

EAGLE, INC., ET AL.                                        NO. 23-01381-BAJ-SDJ

RULING AND ORDER

Considering the **Motion To Approve Consent Judgment On ExxonMobil Oil Corporation's Motion For Summary Judgment (Doc. 102, the "Motion")**, which reflects that Plaintiffs and Defendant ExxonMobil Oil Corporation ("Defendant ExxonMobil") have agreed that Defendant ExxonMobil's Motion for Summary Judgment (Doc. 100) will not be opposed by Plaintiffs,

IT IS ORDERED that the **Motion (Doc. 102)** be and is hereby **GRANTED**.

IT IS FURTHER ORDERED that Defendant **ExxonMobil Oil Corporation's Motion for Summary Judgment (Doc. 100)** be and is hereby **GRANTED**.

IT IS FURTHER ORDERED that all Plaintiffs' claims against Defendant ExxonMobil, *only*, be and are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. Plaintiffs' claims remain active and pending against all other Defendants who have not been terminated as parties from this action.

2

**IT IS FURTHER ORDERED** that Defendant ExxonMobil be and is hereby **TERMINATED** as a party to this action.

Baton Rouge, Louisiana, this 11th day of August, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**