UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLAUDETTE WASHINGTON, ET AL.                        CIVIL ACTION

VERSUS

EAGLE, INC., ET AL.                                 NO. 23-01381-BAJ-SDJ

## PARTIAL JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all Plaintiffs' claims against Defendant ExxonMobil Oil Corporation ("Defendant ExxonMobil") in the above-captioned action be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant ExxonMobil be and is hereby **TERMINATED** as a party to this action.

Baton Rouge, Louisiana, this 11th day of August, 2025

_____
BRIAN A. JACKSON, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA